AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

BRIAN JESS

    Petitioner(s),

    V.

JOHN F. PEYTON; et al.

    Respondent(s).

JUDGMENT IN A CIVIL CASE

Case: CIVIL NO 04-00601 JMS-BMK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 18, 2006

At 4 o'clock and 00 min p.m.
SUE BEITIA, CLERK

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the court grants the petition for a writ of habeas corpus, and that the State of Hawaii is ordered to resentence Jess in a manner consistent with the "Order Granting Petitioner's 28 U.S.C. 2254 Petition for Writ of Habeas Corpus to Vacate Extended Sentence", filed on April 18, 2006.

April 18, 2006

Date

SUE BEITIA

Clerk

(By) Deputy Clerk