UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED



Lane Blair
Diamondback Correctional Facility
PO Box 780
Watonga, OK 73772

Vacant
4-21-06

CV-04-00601 JMS-BMK

Lane Blair
Diamondback Correctional Facility
PO Box 780
Watonga, OK 73772

CV 04-00601 JMS-BMK