# Other Orders/Judgments

1:04-cv-00601-JMS-BMK Jess v. Peyton, et al

## U.S. District Court

### District of Hawaii - CM/ECF V2.5 (11/05)

Notice of Electronic Filing

The following transaction was received from gab, entered on 4/18/2006 at 4:14 PM HST and filed on 4/18/2006

**Case Name:**     Jess v. Peyton, et al
**Case Number:**   1:04-cv-601
**Filer:**
**WARNING: CASE CLOSED on 04/18/2006**
**Document Number:**   18

**Docket Text:**
JUDGMENT by Sue Beitia, Clerk/gb in favor of Petitioner against Respondents (gab, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1095854936 [Date=4/18/2006] [FileNumber=69050-0]
[03306913c755025314a2892c9b932e8c344e77a838ee27f0e70decb4c396b28c20c3b
75382269f4b300d2c6fec6ba1547d1bd8553fc5c96dc2027cd525f258dd]]

**1:04-cv-601 Notice will be electronically mailed to:**

Peter C. Wolff    peter_wolff@fd.org, peter.wolff@gmail.com; lynelle_oshita@fd.org

**1:04-cv-601 Notice will be delivered by other means to:**

Lane Blair
Diamondback Correctional Facility
PO Box 780
Watonga, OK 73772

John F. Peyton
Attorney General's Office
State of Hawaii
425 Queen St.,
Honolulu, HI 96813

Mark S.P. Yuen
Office of the Prosecuting Attorney
C & C of Honolulu
1060 Richards St 9th flr
Honolulu, HI 96813-2920

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN JESS | JUDGMENT IN A CIVIL CASE |
| Petitioner(s), | Case: CIVIL NO 04-00601 JMS-BMK |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| JOHN F. PEYTON; et al. | April 18, 2006 |
| Respondent(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court grants the petition for a writ of habeas corpus, and that the State of Hawaii is ordered to resentence Jess in a manner consistent with the "Order Granting Petitioner's 28 U.S.C. 2254 Petition for Writ of Habeas Corpus to Vacate Extended Sentence", filed on April 18, 2006.

_____April 18, 2006_____  _____SUE BEITIA_____
Date                               Clerk

                                   _____/s/_____
                                   (By) Deputy Clerk