

PETER B. CARLISLE  2209
Prosecuting Attorney
**LOREN J. THOMAS  4587**
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai`i  96813
Tel. No.: (808) 527-6515
Fax No.: (808) 527-6516

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 17 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BRIAN JESS, | ) CIVIL NO.  04-00601 JMS/BMK |
|  | ) |
| Petitioner, | ) NOTICE OF APPEAL; CERTIFICATE |
|  | ) OF SERVICE |
| vs. | ) |
|  | ) |
| JOHN F. PEYTON[1]; Director, | ) |
| Department of Public Safety, State of | ) |
| Hawai`i, LANE BLAIR; Warden, | ) |
| Diamondback Correctional Facility, | ) |
|  | ) |
| Respondents. | ) |
|  | ) |

## NOTICE OF APPEAL

Notice is hereby given that JOHN F. PEYTON; Director, Department of

Public Safety, State of Hawai`i, Lane Blair, Warden, Diamondback Correctional

---

[1] John F. Peyton is no longer the Director of the Department of Public Safety.  The Interim Director is Frank J. Lopez.

LJT:rir

Center, JOHN F. PEYTON; Director, Department of Public Safety, State of Hawai`i, LANE BLAIR; Warden, Diamondback Correctional Facility ("Respondents"), by and through his attorneys, Peter B. Carlisle, Prosecuting Attorney, and **LOREN J. THOMAS**, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus to Vacate Extended Sentence filed on the 18th of April, 2006, and from the judgment filed in this action on the 18th of April, 2006.

Dated at Honolulu, Hawai`i: May 17, 2006.

    Respectfully submitted,

    JOHN F. PEYTON; Director,
    Department of Public Safety,
    State of Hawai`i,
    LANE BLAIR, Warden,
    Diamondback Correctional Center,
    Respondents

    By PETER B. CARLISLE
       Prosecuting Attorney

    By _____
      **LOREN J. THOMAS**
      Deputy Prosecuting Attorney
      City and County of Honolulu

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BRIAN JESS, | ) CIVIL NO. 04-00601 JMS/BMK |
| | ) |
| Petitioner, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| JOHN F. PEYTON; Director, Department of Public Safety, State of Hawai'i, LANE BLAIR; Warden, Diamondback Correctional Facility, | ) ) ) ) |
| | ) |
| Respondents. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2006, a copy of the Notice of Appeal will be served on the following parties by U.S. Mail or via court jacket:

PETER C. WOLFF, JR., ESQ.
Federal Public Defender
300 Ala Moana Boulevard, Suite 7-104
Honolulu, Hawaii 96850-5269
(via U.S. Mail)

Attorney for Petitioner

LJT:rir

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i 96813
(via Court Jacket)

_____
LOREN J. THOMAS
Deputy Prosecuting Attorney
City and County of Honolulu