A083

# Court Copy

Receipt for Payment
## U.S. District Court - Hawaii

For Internal Use Only
Receipt   235102
Trans   139886

Received From:   CITY AND COUNTY OF HONOLULU
Case Number:
Reference Number:   CV 04-601

|  |  |
|---|---|
| Check | 455.00 |
| Total | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |

|  |  |
|---|---|
| Total | 455.00 |
| Tend | 455.00 |
| Due | 0.00 |

05/17/2006 03:09:37 PM     Deputy Clerk: et/AG