UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

June 21, 2006

To All Counsel of Record as Appellees:

   IN RE:   JESS vs. JOHN F. PEYTON, ET AL.,

              CIVIL NO. 04-00601JMS-BMK

Dear Counsel:

     Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on MAY 17, 2006.

     All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely Yours,
SUE BEITIA, CLERK

by: Laila M. Geronimo
Deputy Clerk

cc:   Clerk, 9th CCA w/copy of NA,
        docket sheet, dfnf
   LOREN J. THOMAS, Esq.
        w/copy of instructions for civil appeals
        Transcript Desig. & Ordering Form
        with instructions and a copy of the
        docket sheet; CADS