# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:** JESS vs. JOHN F. PEYTON, ET AL.,

**U.S. COURT OF APPEALS DOCKET NUMBER:** 06-16184

**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

**U.S. DISTRICT COURT DOCKET NUMBER:** CIVIL NO. 04-00601JMS-BMK

II **DATE NOTICE OF APPEAL FILED:** MAY 17, 2006

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL 10 2006
DISTRICT OF HAWAII

III **U.S. COURT OF APPEALS PAYMENT STATUS:**

**DOCKET FEE PAID ON:** 05/17/06   **AMOUNT:** $455.00

**NOT PAID YET:**   **BILLED:**

**U.S. GOVERNMENT APPEAL:**   **FEE WAIVED:**

**WAS APPELLANT OR APPELLEE GRANTED F.P. STATUS?**

**IF YES, SHOW DATE:**   **& ATTACH COPY OF ORDER/CJA**

**WAS F.P. STATUS REVOKED:**   **DATE:**

**WAS F.P. STATUS LIMITED IN SOME FASHION?**

**IF YES, EXPLAIN:**

IV **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

Laila M. Geronimo

---

**AMENDED NOTIFICATION** _____   **PAID** _____   **F.P.** _____

**DISTRICT COURT CLERK BY:** _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)