UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 8 - 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| BRIAN JESS,<br><br>Petitioner - Appellee,<br><br>v.<br><br>JOHN F. PEYTON, Director, Department of Public safety, State of Hawaii; et al.,<br><br>Respondents - Appellants. | No. 06-16186<br><br>D.C. No. CV-04-00601-BMK<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

Appellants' unopposed motion for a 30-day extension of time to file the opening brief is granted. The opening brief is due October 5, 2006. The answering brief is due November 6, 2006. The optional reply brief is due 14 days after service of the answering brief.

Court records shall be amended to reflect that appellants are represented by Daniel H. Shimizu, Deputy Prosecuting Attorney, 1060 Richards Street, 9th & 10th Floors, Honolulu, HI 96813; phone (808)527-6501.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate of record

For the Court:
CATHY A. CATTERSON
Clerk of the Court

*Alihandra M. Totor*
Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

RECEIVED
CLERK, U.S DISTRICT COURT
AUG 1 0 2006
DISTRICT OF HAWAII

pro 07.31.06