PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:   peter_wolff@fd.org

Attorney for Petitioner
BRIAN JESS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN JESS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>JOHN F. PEYTON, Director,<br>Department of Public Safety, State of<br>Hawaii; LANE BLAIR, Warden,<br>Diamondback Correctional Facility,<br><br>　　　　Respondents. | CIV. NO. 04-00601 JMS/BMK<br><br>MOTION FOR AN ORDER<br>REGARDING EXECUTION OF THIS<br>COURT'S JUDGMENT GRANTING<br>PETITIONER'S § 2254 HABEAS<br>PETITION; MEMORANDUM IN<br>SUPPORT; APPENDICES "A" - "C";<br>CERTIFICATE OF SERVICE |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| BRIAN JESS, | ) CIV. NO. 04-00601 JMS/BMK |
| | ) |
| Petitioner, | ) MOTION FOR AN ORDER |
| | ) REGARDING EXECUTION OF THIS |
| vs. | ) COURT'S JUDGMENT GRANTING |
| | ) PETITIONER'S § 2254 HABEAS |
| JOHN F. PEYTON, Director, | ) CORPUS PETITION |
| Department of Public Safety, State of | ) |
| Hawaii; LANE BLAIR, Warden, | ) |
| Diamondback Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**MOTION FOR AN ORDER REGARDING
EXECUTION OF THIS COURT'S JUDGMENT
GRANTING PETITIONER'S § 2254 HABEAS CORPUS PETITION**

Petitioner BRIAN JESS, through counsel, moves this Court for an order directing the respondents (the State) to produce -- by a date certain, but which petitioner proposes be no greater than fifteen days from the day an order granting this motion issues -- an amended state court judgment that complies with this Court's judgment in this case and justifies the State's continued custody of petitioner. The order should further provide that if the State fails to produce an amended judgment justifying its custody of petitioner, he is to be immediately released, since the State will be holding him without having a valid state court judgment authorizing it to do so. This Court may, of course, impose whatever terms and conditions on petitioner's

release from custody it deems proper, pending resolution of the State's appeal in this matter.

This motion is brought pursuant to Fed. R. App. P. 23.  It is predicated upon petitioner's right to due process under the Fifth, Sixth, and Fourteenth amendments to the United States Constitution, as well as any other applicable constitutional or statutory provision, rule, or case law.  The attached memorandum sets forth the factual and legal basis of this motion.

DATED:  Honolulu, Hawaii, August 14, 2006.

/s/ Peter C. Wolff, Jr.
_____
PETER C. WOLFF, JR.
Attorney for Petitioner
BRIAN JESS

## CERTIFICATE OF SERVICE

I, PETER C. WOLFF, JR., hereby certify that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses on August 14, 2006:

    Served by First Class Mail:

MARK J. BENNETT, Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii  96813
    Attorney for Respondents

| | |
|---|---|
| JOHN F. PEYTON, Director | LANE BLAIR, Warden |
| Department of Public Safety | Diamondback Correctional Facility |
| 919 Ala Moana Boulevard | Route 2, Box 336 |
| Honolulu, Hawaii  96814 | Watonga, Oklahoma  73772 |
|     Respondent |     Respondent |

and

PETER B. CARLISLE
Prosecuting Attorney
Office of the Prosecuting Attorney
1060 Richards Street, 9th & 10th Floors
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, August 14, 2006.

_____
PETER C. WOLFF, JR.
Attorney for Petitioner
BRIAN JESS