# TABLE OF AUTHORITIES

**FEDERAL CASES**                                                               **PAGE(S)**

Apprendi v. New Jersey,
 530 U.S. 466 (2000) .................................. 1, passim

Blakely v. Washington,
 124 S. Ct. 2531 (2004) ...................................... 14

Bouie v. City of Columbia,
 378 U.S. 347 (1964) .................................. 9, 13, 16

Brecht v. Abrahamson,
 507 U.S. 619 (1993) ................................... 2, 13-15

City of Chicago v. Morales,
 527 U.S. 41 (1999) ......................................... 11

Franklin v. Duncan,
 891 F. Supp. 516 (N.D. Cal. 1995) ........................... 21

Himes v. Thompson,
 336 F.3d 848 (9th Cir. 2003) ................................ 11

In re Thorp,
 655 F.2d 997 (9th Cir. 1981) ................................ 19

Jago v. U.S. Dist. Ct., N. Dist. of Ohio,
 570 F.2d 618 (6th Cir. 1978) ................................ 21

Jess v. Peyton,
 2006 WL 1041737 (D. Haw. 2006) ...................... 1, 2, 7, 14

Kamana'o v. Peyton,
 2006 WL 1775869 (D. Haw. 2006) ............................... 2

Kaua v. Frank,
 350 F.Supp.2d 848 (D. Haw. 2004) ............................. 2

## TABLE OF AUTHORITIES
(Continued)

**FEDERAL CASES**                                                                 **PAGE(S)**

Kaua v. Frank,
  436 F.3d 1057 (9th Cir. 2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2, 5

Mullaney v. Wilbur,
  421 U.S. 684 (1975) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

O'Neal v. McAninch,
  513 U.S. 432 (1995) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Stein v. Wood,
  127 F.3d 1187 (9th Cir. 1997) . . . . . . . . . . . . . . . . . . . . . . . . . 18, passim

United States ex rel. Thomas v. New Jersey,
  472 F.2d 735 (3rd Cir. 1973) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

United States v. Gonzalez-Lopez,
  ___ U.S. ___, No. 05-352 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

Washington v. Recuenco,
  ___ U.S. ___, No. 05-83 (2006) . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

Wisconsin v. Mitchell,
  508 U.S. 482 (1993) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Woodford v. Visciotti,
  537 U.S. 19 (2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

## TABLE OF AUTHORITIES
(Continued)

**STATE CASES**                                                                                   **PAGE(S)**

State v. Janto,
    986 P.2d 306 (Haw. 1999) ................................................. 9

State v. Kaua,
    72 P.3d 473 (Haw. 2003) ............................................. 1, 2, 10

State v. Peralto,
    18 P.3d 203 (Haw. 2001) ................................................. 8

State v. Tafoya,
    982 P.2d 890 (Haw. 1999) ............................................. 9, 10

**CONSTITUTIONAL PROVISION**

Sixth Amendment ........................................................... 1, 7, 11

**STATUTES**

28 U.S.C. § 2254 ............................................................... 19

Hawaii Revised Statutes § 706-600 ................................................. 16

Hawaii Revised Statutes § 706-657 .................................................. 9

Hawaii Revised Statutes § 706-659 ............................................... 2, 22

Hawaii Revised Statutes § 706-660 ............................................... 3, 22

Hawaii Revised Statutes § 706-661 ............................................... 5, 11

Hawaii Revised Statutes § 706-662 ............................................. 2, passim

Hawaii Revised Statutes § 706-664 ............................................ 5, 11, 15

## TABLE OF AUTHORITIES
(Continued)

**RULE**                                       **PAGE(S)**

Federal Rule of Appellate Procedure 23 . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 18