# FACSIMILE COVER SHEET



## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII
Voice Contact Number (808) 541-3180
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

---

TO:           9CCA

FAX NO:       1-415-556-9756

FROM:         Anna F. Chang

DATE SENT:    August 22, 2006

---

## Number of pages including cover sheet  3

Brian Jess vs. John F. Peyton, Director of Dept. Of Public Safety
*USDC Hawaii Civil Case no. 04-00601JMS-BMK*
**9CCA Appeal No. 06-16186**

The Certificate of Record as to the above-referenced case accompanies this memo.
Our district court records reflect that the original Certificate of Record was mailed to
the 9CCA on June 15, 2006.   A certified copy of the Certificate of Record has been
mailed August 22, 2006 to the 9CCA Office of the Clerk.

CONFIDENTIALITY NOTE:

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You..

~~PROSECUTING ATTORNE~~

Appellate

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____  U.S. District Court Case No._____ 04-00601 JMS/BMK _____

Short Case Title BRIAN JESS VS. JOHN F. PEYTON, DIRECTOR OF DEPT. OF PUBLIC SAFETY

Date Notice of Appeal Filed by Clerk of District Court_____ MAY 17, 2006    ~~FILED IN THE~~

**SECTION A** - To be completed by party ordering transcript

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| NONE | | ~~Voir Dire~~ |
| NONE | | ~~Opening Statement~~ at __ o'clock and __ min. __M |
| NONE | | ~~Settlement Instructions~~ SUE BEITIA, CLERK |
| NONE | | ~~Closing Arguments~~ |
| NONE | | ~~Jury Instructions~~ |
| NONE | | ~~Pre-Trial Proceedings~~ |
| NONE | | ~~Other (please specify)~~ |

JUN 0 2 2006

(additional page for designations if necessary)

(✓)    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(  )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(  )    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered_____NONE_____  Estimated date for completion of transcript_____

Print Name of Attorney  LOREN J. THOMAS _____  Phone Number 527-6515 _____

Signature of Attorney_____

Address DEPARTMENT OF THE PROSECUTING ATTORNEY, 1060 RICHARDS STREET, HONOLULU, HAWAII 96813

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
(signature of court reporter)

(  ) Arrangements for payment were made on _____
(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia _____  06/15/06 _____  BY: _____
(U.S. District Court Clerk)          (date)                    DEPUTY CLERK

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 8 - 2006

CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| BRIAN JESS, | No. 06-16186 |
| Petitioner - Appellee, | |
| v. | D.C. No. CV-04-00601-BMK District of Hawaii, Honolulu |
| JOHN F. PEYTON, Director, Department of Public safety, State of Hawaii; et al., | |
| Respondents - Appellants. | ORDER |

Appellants' unopposed motion for a 30-day extension of time to file the opening brief is granted. The opening brief is due October 5, 2006. The answering brief is due November 6, 2006. The optional reply brief is due 14 days after service of the answering brief.

Court records shall be amended to reflect that appellants are represented by Daniel H. Shimizu, Deputy Prosecuting Attorney, 1060 Richards Street, 9th & 10th Floors, Honolulu, HI 96813; phone (808)527-6501.

Court records do not currently reflect that the district court has issued the certificate of record. Appellant shall monitor the issuance of the certificate of record

For the Court:
CATHY A. CATTERSON
Clerk of the Court

**RECEIVED**
CLERK, U.S DISTRICT COURT

AUG 1 0 2006

DISTRICT OF HAWAII

*Alihandra M. Totor*
Alihandra M. Totor
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit Rule 27-10

pro 07.31.06