# Transmission Report

This document : Confirmed
(reduced sample and details below)
Document size : 8.5"x11"

| Date/Time | 08-22-2006 | 04:11:12 p.m. | | Transmit Header Text | |
|---|---|---|---|---|---|
| Local ID 1 | 808 541 1303 | | | Local Name 1 | U.S. DISTRICT COURT |
| Local ID 2 | | | | Local Name 2 | |

## FACSIMILE COVER SHEET



UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Voice Contact Number (808) 541-3180
Fax Number (808) 541-1303

United States Courthouse PJKK Bldg.
300 Ala Moana Blvd Rm C-338
Honolulu, Hawaii 96850

TO: 9CCA
FAX NO: 1-415-556-9756
FROM: Anna F. Chang
DATE SENT: August 22, 2006

Number of pages including cover sheet  3

Brian Jess vs. John F. Peyton, Director of Dept. Of Public Safety
USDC Hawaii Civil Case no. 04-00601JMS-BMK
**9CCA Appeal No. 06-16186**

The Certificate of Record as to the above-referenced case accompanies this memo. Our district court records reflect that the original Certificate of Record was mailed to the 9CCA on June 15, 2006. A <u>certified</u> copy of the Certificate of Record has been mailed August 22, 2006 to the 9CCA Office of the Clerk.

*CONFIDENTIALITY NOTE*
*The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or if you have received this facsimile in error, you are hereby notified that any dissemination, distribution or copy of this facsimile is strictly prohibited, please immediately notify us by telephone and return the original message to us at the above address via the U.S. Postal Service. Thank You.*

Total Pages Scanned : 3    Total Pages Confirmed : 3

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 001 | 038 | 914155569756 | 04:09:12 p.m. 08-22-2006 | 00:01:31 | 3/3 | 1 | EC | HS | CP14400 |

Abbreviations:
HS: Host send      PL: Polled local       MP: Mailbox print    TU: Terminated by user
HR: Host receive   PR: Polled remote      CP: Completed        TS: Terminated by system   G3: Group 3
WS: Waiting send   MS: Mailbox save       FA: Fail             RP: Report                 EC: Error Correct