IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| BRIAN JESS, | ) CIVIL NO.  04-00601 JMS-BMK |
| | ) |
| Petitioner, | ) APPENDICES "A" - "E" |
| | ) |
| vs. | ) |
| | ) |
| JOHN F. PEYTON; Director, | ) |
| Department of Public Safety, State of | ) |
| Hawai`i, LANE BLAIR; Warden, | ) |
| Diamondback Correctional Facility, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**APPENDICES "A" - "E"**