PETER B. CARLISLE  2209
Prosecuting Attorney
**LOREN J. THOMAS**  4587
Deputy Prosecuting Attorney
City and County of Honolulu
1060 Richards Street
Honolulu, Hawai'i 96813
Tel. No.: (808) 527-6515
Fax No.: (808) 527-6516

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 7 2006

at 3 o'clock and 10 min P M
SUE BEITIA, CLERK

Attorneys for Respondent

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| BRIAN JESS, | ) CIVIL NO. 04-00601 JMS/BMK |
| Petitioner, | ) NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| vs. | ) |
| JOHN F. PEYTON[1]; Director, Department of Public Safety, State of Hawai'i, LANE BLAIR; Warden, Diamondback Correctional Facility, | ) |
| Respondents. | ) |

## NOTICE OF APPEAL

Notice is hereby given that JOHN F. PEYTON; Director, Department of

Public Safety, State of Hawai'i, Lane Blair, Warden, Diamondback Correctional

---

[1] John F. Peyton is no longer the Director of the Department of Public Safety. The Interim Director is Frank J. Lopez.

LJT:rir

APPENDIX "A"

Center, JOHN F. PEYTON; Director, Department of Public Safety, State of Hawai`i, LANE BLAIR; Warden, Diamondback Correctional Facility ("Respondents"), by and through his attorneys, Peter B. Carlisle, Prosecuting Attorney, and **LOREN J. THOMAS**, Deputy Prosecuting Attorney, City and County of Honolulu, State of Hawai`i, in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order Granting Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus to Vacate Extended Sentence filed on the 18th of April, 2006, and from the judgment filed in this action on the 18th of April, 2006.

Dated at Honolulu, Hawai`i: May 17, 2006.

Respectfully submitted,

JOHN F. PEYTON; Director,
Department of Public Safety,
State of Hawai`i,
LANE BLAIR, Warden,
Diamondback Correctional Center,
Respondents

By PETER B. CARLISLE
Prosecuting Attorney

By _____
LOREN J. THOMAS
Deputy Prosecuting Attorney
City and County of Honolulu