PETER B. CARLISLE  2209
Prosecuting Attorney
CHRISTOPHER T. VAN MARTER  5768
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:   (808) 547-7436
FAX:  (808) 527-6546
Attorneys for State of Hawaii

Prosecuting Attorney
TRIALS - TEAM 2
CHRISTOPHER T. VAN MARTER
STATE OF HAWAII
FILED

2006 JUL 27 PM 2: 35

F. OTAKE
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| STATE OF HAWAII<br><br>v.<br><br>BRIAN JESS,<br><br>Defendant. | CR. NO. 00-1-0422<br><br>COUNT I:  ROBBERY IN THE FIRST DEGREE<br>COUNT II: UNAUTHORIZED CONTROL OF PROPELLED VEHICLE<br><br>WITHDRAWAL OF MOTION FOR RESENTENCING OF DEFENDANT JESS PURSUANT TO ORDER OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII GRANTING PETITIONER'S 28 U.S.C. SECTION 2254 PETITION FOR WRIT OF HABEAS CORPUS TO VACATE EXTENDED SENTENCE; CERTIFICATE OF SERVICE |

WITHDRAWAL OF MOTION FOR RESENTENCING OF
DEFENDANT JESS PURSUANT TO ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII
GRANTING PETITIONER'S 28 U.S.C. SECTION 2254 PETITION
FOR WRIT OF HABEAS CORPUS TO VACATE EXTENDED SENTENCE

GOOD CAUSE APPEARING THEREFOR, the State of Hawaii hereby withdraws the Motion for Resentencing of Defendant Jess Pursuant to Order of the United States District Court for the District of Hawaii Granting Petitioner's 28 U.S.C. Section 2254 Petition for Writ of Habeas Corpus to Vacate Extended Sentence, filed herein on June 13,

APPENDIX "C"

2006, which is presently set for hearing on August 10, 2006 before the Honorable Virginia L. Crandall.

Dated at Honolulu, Hawaii: July 28, 2006.

STATE OF HAWAII

By PETER B. CARLISLE
   Prosecuting Attorney

By *Christopher T. Van Marter*
CHRISTOPHER T. VAN MARTER
Deputy Prosecuting Attorney
City and County of Honolulu