

Print | Help | New Se

Court Minutes Text

1PC00-
**Party Seq**

**Party Name:** JESS, BRIAN
**Div.:** 1C09    CR    **Date:** 08-10-2006    **Time:** 0845A    **Priority:** 0    **Judge I.D.:** JVCRANDALL
**Video No.:**                                **Audio No.:**
**Minutes:** MINUTE ORDER: AT TERM: 7/31/06
#1/OFF/WITHDRAWAL OF MOTION FOR RESENTENCING
OF DEFENDANT JESS PURSUANT TO ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
HAWAII GRANTING PET.'S 28 U.S.C. SEC. 2254 PET.
FOR WRIT OF HABEAS CORPUS TO VACATE EXTENDED
SENTENCE; SUBMITTED BY DPA C. VAN MARTER TO THE
NINTH DIV. FOR PROCESSING.
****************************************************
MINUTE ORDER: AT TERM: 8/11/06
OFF/BY AGREEMENT OF COUNSEL, MATTER RESCHEDULED T
THURSDAY, AUGUST 31, 2006 AT 8:30 A.M.

[ More Minutes Text ]  [ Next Party ]  [ Next Court Date ]  [ Court Minutes List ]  [ Case Info. ]



APPENDIX "E"