IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| BRIAN JESS, | ) | CIVIL NO. 04-00601 JMS-BMK |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN F. PEYTON; Director, Department of Public Safety, State of Hawai`i, LANE BLAIR; Warden, Diamondback Correctional Facility, | ) ) ) ) | |
| | ) | |
| Respondents. | ) ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2006, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by through CM/ECF:

Peter C. Wolff, Jr.        peter_wolff@fd.org

Attorney for Petitioner BRIAN JESS

Served by United States Postal Service First Class Mail:

HONORABLE MARK J. BENNETT
Attorney General
425 Queen Street
Honolulu, Hawai`i 96813

Attorney for Respondents JOHN F. PEYTON; Director, Department of Public Safety, State of Hawai`i, and LANE BLAIR; Warden, Diamondback Correctional Facility

By _____/s/_____
DANIEL H. SHIMIZU
MARK YUEN
Deputy Prosecuting Attorney
City and County of Honolulu