UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD., C-338
HONOLULU, HAWAII 96850-0338
CLERK

OFFICIAL BUSINESS

RETURN SERVICE REQUESTED

~~LANE BLAIR~~
~~DIAMONDBACK~~ CORRECTIONAL FACILITY
PO BOX 780
WATONGA, OK 73772

Vacant
9-26-06

CV-04-00601 jms/BMK

RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 10 2006
DISTRICT OF HAWAII