# United States Court of Appeals for the Ninth Circuit
# Record Transmittal Form

Date:   April 4, 2007

To:   United States Court of Appeals       Attn:   (✓)   Civil
      For the Ninth Circuit
      Office of the Clerk                          ( )   Criminal
      95 Seventh Street
      San Francisco, California 94103              ( )   Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CV 04-00601JMS-BMK     Appeal No:   06-16186
Short Title:   Jess vs. Peyton

Clerk's Files in      2          volumes  (✓) original  ( ) certified copy
Bulky docs                       volumes (folders)  docket #
Reporter's                       volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits                         volumes  ( ) under seal
                                 boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____   Date: _____

cc: counsel