# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT

## CHAMBERS OF JUDGE THOMPSON

District Court/Agency: __U.S. District Court - Dist. of Hawaii__

Lower Court #CV __04-00601 JMS-BMK__ CR - _____

Agency # _____

9th Circuit Appeal # __06-16186__

Short Title: __Jess v. Peyton__

**Total Volumes:** __2__  Clerk's Files: _____ Reporters Transcripts: _____

Sealed Envelopes: _____ Expando Files: _____ Lodged Documents: _____

Other: _____

RECEIVED
CLERK U.S. DISTRICT COURT
JUL 0 6 2007
DISTRICT OF HAWAII

Note: THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED. ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED:

_____
_____
_____

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: April 4, 2007

To:  United States Court of Appeals       Attn: (✓)  Civil
       For the Ninth Circuit
       Office of the Clerk                                    ( )  Criminal
       95 Seventh Street
       San Francisco, California 94103                ( )  Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:        CV 04-00601JMS-BMK      Appeal No:   06-16186
Short Title:  Jess vs. Peyton

**FILED**
**APR 06 2007**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Clerk's Files in     2        volumes  (✓) original  ( ) certified copy
Bulky docs           ___      volumes (folders)
Reporter's           ___      volumes  ( ) original  ( ) certified copy
Transcripts
Exhibits             ___      volumes  ( ) under seal
                     ___      boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:

Acknowledgment: _____    Date: _____


cc: counsel